ASK LLP
Joseph L. Steinfeld, Jr., Esq.
2600 Eagan Woods Dr., Ste. 400
St. Paul, MN 55121
Telephone: (651) 405-9665
Fax: (651) 406-9676
E-Mail: jsteinfeld@askllp.com

Edward E. Neiger
Jennifer A. Christian
151 West 46th Street, 4th Floor
New York, NY 10036
Telephone: (212) 267-7342
Fax: (212) 918-3427
E-mail: jchristian@askllp.com

*Counsel to Shinsung E&G Co., Ltd.
(f/k/a Shinsung Solar Energy Co., Ltd.)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: <br><br> SUNEDISON, INC., *et al.,* <br><br> Reorganized Debtors.[1] | Chapter 11 <br><br> Case No. 16-10992 (SMB) <br><br> (Jointly Administered) |
|---|---|
| SUNEDISON LITIGATION TRUST, <br><br> Plaintiff, <br> v. <br><br> SHINSUNG SOLAR ENERGY CO. LTD., <br><br> Defendant. | Adversary Number: 18-01385 (SMB) |

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's tax identification number, are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (NI A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML I, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEY Merger Sub Inc. (NIA); Sunflower Renewable Holdings I, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (NIA); EverStream HoldCo Fund I, LLC (9564); Buckthom Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (NI A); Rattlesnake Flat Holdings, LLC (NIA); Somerset Wind Holdings, LLC (NIA); SunE Waiawa Holdings, LLC (9757); SunE Minnesota Holdings, LLC (8926); SunE MN Development Holdings, LLC (5388); SunE MN Development, LLC (8669); Terraform Private Holdings, LLC (5993); Hudson Energy Solar Corporation (3557); SunE REIT-D PR, LLC (5519); SunEdison Products, LLC (4445); SunEdison International Construction, LLC (9605); Vaughn Wind, LLC (4825); Maine Wind Holdings, LLC (1344); First Wind Energy, LLC (2171); First Wind Holdings, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Reorganized Debtors' corporate headquarters is Two CityPlace Drive, 2nd floor, St. Louis, MO 63141.

**CORPORATE OWNERSHIP STATEMENT OF SHINSUNG E&G CO., LTD.**

Shinsung E&G Co., Ltd., defendant in the above-captioned adversary proceeding, hereby submits this statement of its corporate ownership pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and states that there are no entities to report.

Dated: January 31, 2019
      New York, New York    RESPECTFULLY SUBMITTED,

ASK LLP

By */s/ Edward E. Neiger*
Jospesh L. Steinfeld, Esq.
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Tel: 651-289-3850
Fax: 651-406-9676
E-mail: jsteinfeld@askllp.com

*-and-*

Edward E. Neiger, Esq.
Jennifer A. Christian, Esq.
151 West 46th Street, 4th Floor
New York, NY 10036
Tel: 212-528-0156
Fax: 212-918-3427
E-mail: jchristian@askllp.com

*Counsel to Shinsung E&G Co., Ltd. (f/k/a Shinsung Solar Energy Co., Ltd.)*