

Daniel F. Geoghan
Member
Admitted in NY and NJ

Reply to New York Office
Writer's Direct Line: 646.563.8925
Writer's Direct Fax: 646.563.7925
Writer's E-Mail: dgeoghan@coleschotz.com

1325 Avenue of the Americas, 19th Floor
New York, NY 10019
212-752-8000   212-752-8393  fax

New Jersey

Delaware

Maryland

Texas

Florida

June 1, 2021

**Via Electronic Case Filing**

The Honorable David S. Jones
United States Bankruptcy Judge
Southern District of New York
One Bowling Green
New York, NY 10004-1408

    Re:    **In re SunEdison, Inc., et al., Case No. 16-10992 (DSJ)**
            **SunEdison Litigation Trust v. Shinsung Solar Energy Co. Ltd., Adv. Pro. No. 18-01385 (DSJ)**

Dear Judge Jones:

    Counsel for Plaintiff SunEdison Litigation Trust (the "Trust") submits this letter in response to Your Honor's Order Directing Submission of Status Report dated May 10, 2021. [Adv. Pro. Doc. No. 16].

    Defendant selected Robert J. Rosenberg to mediate this Adversary Proceeding. [Adv. Pro. Doc. No. 13]. The mediation is scheduled for the week of June 28, 2021. The parties continue to discuss resolving this matter leading up to the mediation.

    We conferred with counsel for Defendant before filing this status report and counsel for Defendant has agreed to the substance of this status report.

                                                     Respectfully submitted,

                                                     COLE SCHOTZ P.C.

                                                     */s/ Daniel F. Geoghan*

                                                     Daniel F. Geoghan

Cole Schotz P.C.

The Honorable David S. Jones
June 1, 2021
Page 2

DFG:klk
cc:     Jennifer A. Christian